In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-08-00072-CR


______________________________




CARLOS BUSH, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 124th Judicial District Court


Gregg County, Texas


Trial Court No. 35053-B




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Justice Moseley



MEMORANDUM OPINION



 Carlos Bush has appealed from his open plea of guilty to the offense of burglary of a
habitation. See Tex. Penal Code Ann. § 30.02(c)(2) (Vernon 2003). He was sentenced by the trial
court to five years' imprisonment. (1) 

 On appeal, Bush contends that his sentence is disproportionate to the crime, citing Solem v.
Helm, 463 U.S. 277 (1983), and Davis v. State, 905 S.W.2d 655 (Tex. App.--Texarkana 1995, pet.
ref'd). To preserve such complaint for appellate review, Bush must have presented to the trial court
a timely request, objection, or motion that stated the specific grounds for the desired ruling, or the
complaint must be apparent from the context. See Tex. R. App. P. 33.1(a)(1); Harrison v. State, 187
S.W.3d 429, 433 (Tex. Crim. App. 2005); Williams v. State, 191 S.W.3d 242, 262 (Tex.
App.--Austin 2006, no pet.) (claims of cruel and unusual punishment must be presented in timely
manner); Nicholas v. State, 56 S.W.3d 760, 768 (Tex. App.--Houston [14th Dist.] 2001, pet. ref'd)
(failure to complain to trial court that sentences were cruel and unusual waived claim of error for
appellate review). We have reviewed the record of the trial proceeding. No relevant request,
objection, or motion was made. Although this Court has held that a motion for new trial is an
appropriate way to preserve this type of claim for review (see Williamson v. State, 175 S.W.3d 522,
523-24 (Tex. App.--Texarkana 2005, no pet.); Delacruz v. State, 167 S.W.3d 904 (Tex.
App.--Texarkana 2005, no pet.)), Bush did not file a motion for new trial. He has not preserved
such an issue for appeal.

 Therefore, we affirm the trial court's judgment.



 Bailey C. Moseley

 Justice


Date Submitted: June 18, 2008

Date Decided: June 19, 2008


Do Not Publish

1. Bush's sentence was imposed April 12, 2007; his notice of appeal was untimely filed, and
this Court dismissed the appeal for want of jurisdiction July 31, 2007. Thereafter, the Texas Court
of Criminal Appeals granted Bush an out-of-time appeal. Its mandate issued February 19, 2008, and
Bush filed his notice of appeal February 29, 2008, within the thirty-day time limit after issuance of
the Texas Court of Criminal Appeals mandate. 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 












 
 
 
 
 
 
 




 

 

 

 

 

 

 

 

 

                                                         In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-11-00057-CV

                                                ______________________________

 

 

 

                 IN THE INTEREST OF
A.P., G.P., AND L.P., CHILDREN

 

 

                                                                                                  


 

 

                                       On Appeal from the 336th
Judicial District Court

                                                             Fannin County, Texas

                                                       Trial Court
No. FA-10-39888

 

                                                   
                                               

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                            Memorandum Opinion by Justice Moseley








                                                      MEMORANDUM OPINION

 

            Bonnie
Ruth Allen-Pieroni, the sole appellant in this case,
has filed a motion seeking to dismiss her appeal, stating that the trial court
has granted a new trial in this matter. 
Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, her
motion is granted.  Tex. R. App. P. 42.1.

            We
dismiss the appeal.

 

                                                                        Bailey
C. Moseley

                                                                        Justice

 

Date
Submitted:          November 1, 2011

Date
Decided:             November 2, 2011